AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*_____ DISTRICT OF  NEVADA  

DERRICK VINCENT,

     Plaintiff,   JUDGMENT IN A CIVIL CASE

  v.

                        CASE NUMBER:  **3:16-cv-00009-RCJ-VPC**

JAMES COX, et al.,

     Defendant(s).

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's amended complaint (ECF No. 8) is dismissed in its entirety, with prejudice, for failure to state a claim.

    **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

    August 30, 2016                                      **LANCE S. WILSON**
                                                              Clerk

                                                               /s/ K. Rusin
                                                               Deputy Clerk